Judge Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 04-5526FDB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING |
| ) | MOTION TO EXTEND |
| CHRISTOPHER MATTHEWS, ) | TIME TO FILE |
| ) | NOTICE OF APPEAL |
| Defendant. ) | |

THIS MATTER having come on duly and regularly upon motion of the defendant, Christopher Matthews, by and through his counsel of record, Judith M. Mandel, for an order for good cause shown extending the time for the filing of the appellant's Notice of Appeal pursuant to FRAP (4)(b)(4). In the Court having reviewed the pleadings and being advised that the opposing party, by and through Assistant United States Attorney, Michael Dion, does not oppose the motion, the Court hereby grants the motion and extends the time for filing the Notice of Appeal to 30 days following November 14, 2005.

DATED this 1st day of March, 2006.

_____
The Honorable Franklin D. Burgess
United States District Judge

ORDER GRANTING MOTION TO EXTEND
TIME TO FILE NOTICE OF APPEAL ....1

Judith M. Mandel
Attorney at Law
524 Tacoma Ave
Tacoma, WA 98402

1
2
3
Presented by:
4
5
6  s/_____
   Judith M. Mandel, WSBA#8677
7  Attorney for Christopher Matthews
   524 Tacoma Ave S
8  Tacoma, WA 98402
9  (253)272-5640
   (253)272-5642
10 judithmmandel@callatg.com
11
12
   Approved for Entry:
13
14
15 s/_____
   Michael Dion, WSBA#31329
16 Assistant United States Attorney
17
18
19
20
21
22
23
24
25
26
27
28